UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDER F. THOMAS,

    Plaintiff,

v.                             Case No. 4:20cv349-WS-HTC

SENIOR CHAPLAIN J. FRAMBO,
CHAPLAIN SPARKES,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding *pro se*, initiated this case on July 1, 2020, by filing a complaint in the Middle District of Florida, attempting to assert claims against officials at Jefferson Correctional Institution under 42 U.S.C. § 1983. ECF Doc. 1. The matter was transferred to this district on July 9, 2020, ECF Doc. 4, and referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). Because the complaint was not on this Court's forms and was not accompanied by the requisite filing fee or a motion to proceed *in forma pauperis*, the undersigned issued an order on July 10, 2020, directing Plaintiff to cure these deficiencies. ECF Doc. 5.

Plaintiff did not respond to, or otherwise comply with the Court's July 10 Order. Thus, on August 7, 2020, the Court issued an order directing Plaintiff to show cause, why the case should not be dismissed for his failure to respond. ECF Doc. 6. At Plaintiff's request, the Court also granted Plaintiff three (3) extensions of time, cumulatively giving Plaintiff until December 21, 2020, to pay the fee or file a motion to proceed *in forma pauperis* and to file an amended complaint on the Court's required forms. ECF Docs. 8, 10 & 12. Despite the Court's indulgence, Plaintiff still has not complied.

Additionally, on December 14, 2020, the clerk notified the Court that the last order of extension, the Court's November 30, 2020 Order, had been returned undelivered because Plaintiff had changed address but had not notified the Court. ECF Doc. 13. On December 14, 2020, after having found the Plaintiff through the Department of Corrections' inmate finder, the clerk re-mailed the November 13, Order with a change of address form to Plaintiff at New River Correctional Institution, PO Box 900, Raiford FL 32083, which is his current address according to the Florida Department of Corrections Offender Network website.[1] This Court then waited another fourteen (14) days from the date the November 30 Order was resent to the Plaintiff to see if he would file a response to the show cause order, file

---

[1] Available at the following URL:
http://www.dc.state.fl.us/offenderSearch/detail.aspx?Page=Detail&DCNumber=298666&TypeSearch=AI

Case No. 4:20cv349-WS-HTC

a change of address, file a motion for proceed *in forma pauperis,* or file an amended complaint.  However, he did not.  Therefore, the undersigned recommends this action be dismissed for Plaintiff's failure to comply with orders of the Court and failure to prosecute.

Indeed, this matter has been pending over five (5) months without Plaintiff paying the filing fee or filing an *in forma pauperis* motion – which are required at the time of filing – and without Plaintiff filing a complaint on the Court's required form.  Plaintiff has been given several extensions of time to do so and was warned, "Petitioner's failure to timely comply with this order may result in a recommendation that this case be dismissed for failure to prosecute and comply with an order of the Court."  ECF Doc. 12.

Accordingly, it is RESPECTFULLY RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or comply with orders of the Court.

2. The clerk be directed to close the file.

DONE in Pensacola, Florida this 11th day of January, 2021.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**